UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:23-CR-212-GMN-NJK-2 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| DANIEL DOUCETTE | |
| Defendant. | |

Based upon the pending stipulation of the parties, and good cause appearing, it is hereby ordered that the United States Probation Office shall prepare a pre-plea Presentence Investigation Report that addresses Daniel Doucette's criminal history and Criminal History Category.

IT IS SO ORDERED.

DATED this  5th  day of May, 2025.

_____
Nancy J. Koppe
United States Magistrate Judge