# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>DANIEL DOUCETTE,<br><br>     Defendant. | Case No. 2:23-cr-00212-GMN-NJK<br><br>**Order**<br><br>[Docket No. 98] |

       Pending before the Court is a motion to withdraw as Defendant's counsel. Docket No. 98. The Court hereby SETS that motion for a hearing on September 10, 2025, at 11:00 a.m., in Courtroom 3C. Defendant must be present for the hearing.

       IT IS SO ORDERED.

       Dated: September 5, 2025

                               _____
                                 Nancy J. Koppe
                                 United States Magistrate Judge