UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-cr-00212-GMN-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATION |
| v. | ) | TO CONTINUE DEADLINE |
| | ) | TO REPLY TO GOVERNMENT'S |
| DANIEL DOUCETTE, | ) | RESPONSE TO MOTION TO |
| | ) | SUPPRESS |
| | ) | |
| | ) | (1ST Request) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between DANIEL DOUCETTE, Defendant, by

and through his counsel MICHAEL J. MICELI, ESQ., and STEVEN ROSE, Assistant United

States Attorney, that Counsel's response to Government's Reply to Motion to Suppress is due on

November 6, 2025.

This Stipulation is entered into for the following reasons:

1. Counsel and the Government agree to the continuance.

2. Defendant DOUCETTE is in custody in Pahrump and does not oppose the

   continuance.

-2-

3. The additional time requested herein is not sought for the purposes of delay, but merely to allow counsel and defendant sufficient time to prepare and respond to the Government's Reply to the Motion to Suppress.

4. This is the 1st Request for a continuance to file response to Government's Reply to Motion to Suppress.

**IT IS SO ORDERED**
Dated: October 28, 2025
.
.
.

_____
Nancy J. Koppe
United States Magistrate Judge