1

2

3                         **UNITED STATES DISTRICT COURT**

4                              **DISTRICT OF NEVADA**

5

6    UNITED STATES OF AMERICA,                Case No.: 2:23-cr-00212-GMN-NJK

7                      Plaintiff,                  **Order Setting Hearing**

8    v.

9    DANIEL DOUCETTE,

10                     Defendant.

11        Pending before the Court is Defendant's motion to suppress.  Docket No. 99.  The Court

12   hereby SETS an evidentiary hearing on this motion for January 5, 2026, at 10:00 a.m., in

13   Courtroom 3C.  *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing

14   required where defendant demonstrates that a significant disputed factual issue exists).

15        IT IS SO ORDERED.

16        DATED: December 2, 2025.

17

18

19                                            _____
                                             NANCY J. KOPPE
20                                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28