MICHAEL J. MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
DANIEL DOUCETTE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-cr-00212-GMN-NJK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING ON MOTION TO SUPPRESS |
| DANIEL DOUCETTE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between DANIEL DOUCETTE, Defendant, by and through his counsel MICHAEL J. MICELI, ESQ. and STEVEN ROSE, Assistant United States Attorney, that evidentiary hearing in the above-captioned matter currently scheduled for January 5, 2026 at the hour of 10:00 a.m., be vacated and continued for 60 days or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel and the Government agree to the continuance.

2. Defendant DOUCETTE is in custody in Pahrump and does not oppose the continuance.

3. Counsel for the government AUSA Steven Rose is scheduled to be out of the jurisdiction on January 5, 2026 for work purposes.

4. Counsel for Doucette has 6 court appearances that date in State court including a firm setting bench trial, which cannot be continued. Counsel believes that this hearing on the suppression motion would take several hours.

5. Counsel for Doucette was not the counsel that filed the Motion to Suppress, so counsel also needs additional time to adequately prepare for the hearing.

6. Counsel for Doucette understands that previous counsel for Doucette had requested several times to continue the suppression hearing in an attempt to resolve the case, however that is not an issue here. Mr. Doucette does not want to accept the negotiations and he intends to proceed to the evidentiary hearing. Therefore this continuance request is not for purposes of trying to further negotiate as was the previous issue. Therefore counsel for Doucette does not intend on filing further motions to continue, absent extreme circumstances.

7. Counsel for Doucette has a jury trial set in USA v. Pacheco 2:19-cr-00248 set for February 9, 2025. Judge Gordon has stated on the record that he intends for that trial to proceed as scheduled. Therefore counsel does not want to set this hearing during the jury trial, so this is why counsel is seeking 60 days.

8. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

9. This is the 1st Request for a continuance of the suppression hearing in this case by current counsel.

DATED this 19th day of December 2025.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ Michael J. Miceli, Esq. | /s/ Steven Rose Esq.                . |
| MICHAEL J. MICELI, ESQ. | STEVEN ROSE, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| DANIEL DOUCETTE | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:23-cr-00212-GMN-NJK |
| Plaintiff, ) | |
| DANIEL DOUCETTE, ) | |
| Defendant. ) | |

**ORDER**

**IT IS ORDERED** that the suppression hearing for January 5, 2026 at the hour of 10:00 a.m., be vacated and continued to March 10, 2026, at 10:00 a.m.

DATED: December 19, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE