TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>    v.<br><br>DANIEL DOUCETTE,<br><br>       Defendant. | 2:23-cr-212-GMN-NJK<br><br>**Stipulation and Order to Continue Hearing on Renewed Motion to Suppress**<br><br>**(Fourth Request)** |

It is hereby stipulated and agreed, by and Steven J. Rose, Assistant United States Attorney, counsel for the United States of America and MICHAEL MICELLI, counsel for defendant Daniel Doucette, that the hearing on defendant's renewed motion to suppress, scheduled for June 30, 2025, be vacated and set to a date and time convenient to the Court, approximately 21 days after the current setting with the request that it not be set on a Monday. In support of this request, the parties state the following:

1.     On April 1, 2026, the parties submitted a stipulation to continue the

evidentiary hearing, in part because defendant intended to subpoena a detective with the Las Vegas Metropolitan Police Department. ECF No. 125. Defendant believes this witness to be an important witness for resolution of the underlying motion.

2. Later that same day, the Court granted the request and reset the hearing for June 30, 2026. ECF No. 126.

3. Subsequently, the Court granted defendant's ex parte motion for issuance of a subpoena. ECF No. 130.

4. That order required the United States Marshal's Service to serve the subpoena upon the witness, and to notify counsel for defendant upon completion of service. *Id.*

5. The subpoena requested that the witness contact counsel for defendant, and the subpoena contained counsel's contact information.

6. As of the date of this stipulation, counsel for defendant has not received notification that service has been effectuated.

7. As of the date of this stipulation, counsel for defendant has not been contacted by the witness.

8. The government has agreed to communicate with the witness to assist in securing his presence at the evidentiary hearing, and to attempt to facilitate communication between defense counsel and the witness.

9. Counsel for the government is still awaiting a verdict in case 19-cr-103, the trial in that case began on March 23, 2026, and counsel requests additional time to prepare for this hearing.

10. Defendant Doucette is in custody and does not object to the continuance.

11. Denial of this request could result in a miscarriage of justice. This

continuance will allow counsel for defendant to ensure that the witness he has identified as important to resolution of the motion to suppress is present at the hearing and is likely to enable defense counsel to speak with that witness prior to the hearing. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7) and (h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

Respectfully submitted this 26th day of June 2026.

TODD BLANCHE
Acting Attorney General of the United States

/s/ Steven J. Rose                    /s/ Michael Micelli
STEVEN J. ROSE                    MICHAEL MICELLI
Assistant United States Attorney    Counsel for Defendant,
                                                  DANIEL DOUCETTE

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | 2:23-cr-212-GMN-NJK |
| Plaintiff, | **Order Approving Stipulation to Continue Motion Hearing** |
| v. | |
| DANIEL DOUCETTE, | **(Fourth Request)** |
| Defendant. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

**FINDINGS OF FACT**

1. The parties agree to the continuance.

2. The additional time is needed to ensure that the witness who has been identified by defense counsel as an important witness for resolution of the pending motion is present at the hearing.

3. The Court previously granted defendant's motion for issuance of a subpoena for that witness. The Court's order directed the United States Marshal's Service to email defense counsel upon service of the subpoena. The subpoena requested the witness contact defense counsel and provided contact information.

4. Currently, the defense counsel has not received notification that the subpoena was served, nor has counsel heard from the witness.

5. The government has agreed to facilitate securing the witness's presence at a future hearing, and to attempt to facilitate communication between defense counsel and the witness.

6. The additional time requested herein is not sought for purposes of delay, but to facilitate counsel's receipt and review of necessary discovery and ongoing discussions between counsel.

7. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7), and 3161(h)(7)(A), considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient opportunity to potentially resolve the cases prior to trial, and further would deny the parties sufficient time

2

and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

The time from the continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7), and 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**ORDER**

IT IS HEREBY ORDERED that the motion hearing currently scheduled for June 30, 2026, be vacated and continued to October 7, 2026, at 10:00 a.m.

DATED: June 26, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3