**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States of America,

Plaintiff,

v.

Daniel Doucette,

Defendant.

Case No. 2:23-cr-00212-GMN-NJK

**Order**

[Docket No. 99]

The hearing on Defendant's renewed motion to suppress has been continued several times and is currently set for October 7, 2026. *See, e.g.*, Docket No. 133 (granting fourth request). Any further request to continue this hearing must be filed by September 24, 2026. If further continuance is not being sought, the parties must file a joint statement of their intent and readiness to proceed by September 24, 2026.

IT IS SO ORDERED.

DATED: September 17, 2026

Nancy J. Koppe
United States Magistrate Judge