MICHAEL J. MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: michaeljmiceli@gmail.com /kristine.fumolaw@gmail.com
Attorney for Defendant
DANIEL DOUCETTE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DOUCETTE,<br><br>Defendant. | ) | 2:23-cr-00212-GMN-NJK<br><br>ORDER GRANTING STIPULATION TO CONTINUE FILING OF CLOSING BRIEFS |

IT IS HEREBY STIPULATED by and between DANIEL DOUCETTE, Defendant, by and through his counsel MICHAEL J. MICELI, ESQ. and STEVEN ROSE, Assistant United States Attorney, that date for filing of closing briefs from the suppression hearing in the above-captioned matter currently scheduled for October 28, 2026 be continued for two weeks until November 11, 2026.

This Stipulation is entered into for the following reasons:

1. Counsel and the Government agree to the continuance.
2. Defendant DOUCETTE is in custody in Pahrump and does not oppose the continuance.

3. The additional time requested herein is not sought for the purposes of delay, but merely to allow counsel and defendant sufficient time within which to be able to effectively compose the closing briefs.

4. The suppression hearing took place on October 7, 2026, however the transcripts of the suppression hearing were just provided to counsel on October 19, 2026.

5. The jury trial date is currently set for March 22, 2027, so an additional two week continuance will not affect the jury trial date.

6. This is the 1st Request for a continuance of the trial date in this case by current counsel.

DATED this 20th day of October, 2026

| | |
|---|---|
| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
| /s/ Michael J. Miceli, Esq. | /s/ Steven Rose Esq. . |
| MICHAEL J. MICELI, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>DANIEL DOUCETTE | STEVEN ROSE, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DOUCETTE,<br><br>Defendant. | ) | 2:23-cr-00212-GMN-NJK<br><br>STIPULATION AND ORDER TO CONTINUE FILING OF CLOSING BRIEFS<br><br>(1st Request) |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel and the Government agree to the continuance.

2. Defendant DOUCETTE is in custody in Pahrump and does not oppose the continuance.

3. The additional time requested herein is not sought for the purposes of delay, but merely to allow counsel and defendant sufficient time within which to be able to effectively compose the closing briefs.

4. The suppression hearing took place on October 7, 2026, however the transcripts of the suppression hearing were just provided to counsel on October 19, 2026.

5. The jury trial date is currently set for March 22, 2027, so an additional two week continuance will not affect the jury trial date.

6. This is the 1st Request for a continuance of the trial date in this case by current counsel.

**ORDER**

The Court GRANTS the parties' stipulation. Docket No. 145. The closing briefs from the suppression hearing are due no later than November 12, 2026.

IT IS SO ORDERED.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026